FILED

SEP - 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 1:25 CR 449 |
| v. ) | |
| ) | Title 8, United States Code, |
| EMILIO VERA-BAUTISTA, ) | Sections 1324(a)(1)(A)(ii) and |
| ) | 1326; Title 18, United States |
| Defendant. ) | Code, Section 2 |
| ) | |

JUDGE LIOI

COUNT 1
(Transportation of Aliens Not Lawfully in the United States,
8 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 2)

The Grand Jury charges:

1. On or about August 22, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant EMILIO VERA-BAUTISTA knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported, moved, and attempted to transport and move such alien within the United States by means of transportation, in furtherance of such violation of law, to wit: M.R.V.. an alien and citizen of Mexico who was illegally present in the United States, and did so for the purpose of private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

COUNT 2
(Transportation of Aliens Not Lawfully in the United States,
8 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 2)

The Grand Jury further charges:

2. On or about August 22, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant EMILIO VERA-BAUTISTA knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported, moved, and attempted to transport and move such alien within the United States by means of transportation, in furtherance of such violation of law, to wit: A.M.R., an alien and citizen of Mexico who was illegally present in the United States, and did so for the purpose of private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

COUNT 3
(Transportation of Aliens Not Lawfully in the United States,
8 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 2)

The Grand Jury further charges:

3. On or about August 22, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant EMILIO VERA-BAUTISTA knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported, moved, and attempted to transport and move such alien within the United States by means of transportation, in furtherance of such violation of law, to wit: M.A.A., an alien and citizen of Dominican Republic who was illegally present in the United States, and did so for the purpose of private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT 4
(Transportation of Aliens Not Lawfully in the United States,
8 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 2)

The Grand Jury further charges:

4. On or about August 22, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant EMILIO VERA-BAUTISTA knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported, moved, and attempted to transport and move such alien within the United States by means of transportation, in furtherance of such violation of law, to wit: M.S.B., an alien and citizen of Mexico who was illegally present in the United States, and did so for the purpose of private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT 5
(Transportation of Aliens Not Lawfully in the United States,
8 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 2)

The Grand Jury further charges:

5. On or about August 22, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant EMILIO VERA-BAUTISTA knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported, moved, and attempted to transport and move such alien within the United States by means of transportation, in furtherance of such violation of law, to wit: O.U.C., an alien and citizen of Nicaragua who was illegally present in the United States, and did so for the purpose of private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT 6
(Transportation of Aliens Not Lawfully in the United States,
8 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 2)

The Grand Jury further charges:

6. On or about August 22, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant EMILIO VERA-BAUTISTA knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported, moved, and attempted to transport and move such alien within the United States by means of transportation, in furtherance of such violation of law, to wit: J.V.R., an alien and citizen of Mexico who was illegally present in the United States, and did so for the purpose of private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT 7
(Illegal Reentry, 8 U.S.C. § 1326)

The Grand Jury further charges:

7. Defendant EMILIO VERA-BAUTISTA is an alien and citizen of Mexico, who has been previously removed from the United States to Guatemala on at least one occasion, that being on or about April 16, 2024.

8. On or about August 22, 2025, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202 (3), (4) and (557)) to apply for

readmission into the United States, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.